# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBIN MARIE SIMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO:    17-08729** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

## REPORT AND RECOMMENDATION

This is an action for the judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 U.S.C. § 405(g). The Plaintiff, Robin Marie Simmons, complains that a decision of the Commissioner adversely affects her. The matter was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.2(B), for the submission of Proposed Findings and Recommendations.

The complaint in the instant matter was filed on September 7, 2017. R. Doc. 1. On January 1, 2018, the Court issued an order to show cause on or before January 17, 2018 as to why the Social Security Administration should not be dismissed for the Plaintiff's failure to serve within ninety (90) days of filing the complaint as required under Federal Rule of Civil Procedure 4(m). R. Doc. 6.

On January 11, 2018, a response to the show cause order was filed into the record. R. Doc. 7. The response was written by Annie B. Webb, who claims to be the mother of Plaintiff, and states that "[t]his is a motion to continue pursuing the approval of my daughter to receive S.S.I. benefits. She is not capable of working to provide for herself." *Id.* The response does not address why the Social Security Administration should not be dismissed for a failure to serve, nor does it address why the Plaintiff was unable to respond to the show cause order herself. The response filed on January 11, 2018, is therefore inadequate and fails to address the Court's order to show cause.

Accordingly,

**IT IS RECOMMENDED** that Robin Marie Simmons's complaint against the Social Security Administration be **DISMISSED WITHOUT PREJUDICE**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

New Orleans, Louisiana, this 8th day of March 2018.

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.