UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIN SIMMONS | CIVIL ACTION |
| VERSUS | NO: 17-8729 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "J" (4) |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 8)**, and Plaintiff's failure to file any objections thereto, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** the Report as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the Social Security Administration are hereby **DISMISSED** **without prejudice**.

New Orleans, Louisiana this 26th day of March, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE